# Form 1A

## Notice of Appeal to a Court of Appeals From a Judgment of a District Court

United States District Court for the Southern
District of Texas
Docket Number 4:23-cv-00483

United States Courts
Southern District of Texas
FILED

MAY 18 2023

Nathan Ochsner, Clerk of Court

BRANDON BARNES et al.,
Plaintiffs

v.

TOM PEACOCK NISSAN-
CADILLAC, INC., et al.,
Defendants

Notice of Appeal

BRANDON BARNES and SENRAB SERVICES LLC (PLAINTIFFS) appeal to the United States Court of Appeals for the 5 Circuit from the final judgment entered on May 2nd 2023.

This decision is being appealed for the following reasons.
1. Violations of the Plain Writing Act by use of legalese and double speaking thus not giving the plaintiff level ground to respond to motions concisely or adhere to orders issued by the court.
2. Unprofessionalism of defendant TRUIST BANK/TRUIST FINANCIAL CORP and its counsel (Kate Gaither) due to the fact that they never delivered a single copy of any of their written motions upon the plaintiffs so that they may respond timely.
3. The dismissing of claims due to plaintiff's lack of knowledge of procedure, terms, expressions and not allowing the plaintiff to correct any issues or filings. see *Platsky v. C.I.A*, 953 F.2d 26 (2d Cir. 1991).

/s/ Brandon Barnes, Agent for the plaintiffs
*Address*: 505 Wells Fargo Dr. 814
Houston, TX 77090

