# United States Court of Appeals for the Fifth Circuit

United States Courts
Southern District of Texas
FILED
September 27, 2023
Nathan Ochsner, Clerk of Court

United States Court of Appeals
Fifth Circuit
**FILED**
September 27, 2023
Lyle W. Cayce
Clerk

No. 23-20228

Brandon Barnes,

*Plaintiff—Appellant,*

versus

Tom Peacock Nissan-Cadillac, Incorporated; Nissan Motor Acceptance Corporation; Trust Financial Corporation/Trust Bank; Wilmington Trust National Association; US Bank National Association,

*Defendants—Appellees.*

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:23-CV-483

---

CLERK'S OFFICE:

Under 5th Cir. R. 42.3, the appeal is dismissed as of September 27, 2023, for want of prosecution. The appellant failed to timely file a principal brief.

No. 23-20228

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Angelique B. Tardie, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

September 27, 2023

United States Courts  
Southern District of Texas  
FILED

September 27, 2023

Nathan Ochsner, Clerk of Court

Mr. Nathan Ochsner  
Southern District of Texas, Houston  
United States District Court  
515 Rusk Street  
Room 5300  
Houston, TX 77002

    No. 23-20228    Barnes v. Tom Peacock Nissan  
                         USDC No. 4:23-CV-483

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate.

Sincerely,

LYLE W. CAYCE, Clerk

*[signature: Angelique B Tardie]*

By: _____  
Angelique B. Tardie, Deputy Clerk  
504-310-7715

cc w/encl:  
    Mr. Alan Scott Alford  
    Mr. Brandon Barnes  
    Mr. Richard Dwayne Danner  
    Ms. Catherine Elizabeth Gaither  
    Mr. Kenneth Craig Johnston